**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-12-0001029**
**01-AUG-2013**
**08:27 AM**

NO. CAAP-12-0001029

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
RODNEY A. HERBERT, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CR. NOS. 12-1-0143(1) and 12-1-0363(1))

ORDER GRANTING DEFENDANT-APPELLANT'S
JULY 15, 2013 MOTION TO WITHDRAW AND DISMISS APPEAL
(By: Nakamura, C.J., Foley and Reifurth, JJ.)

Upon consideration of "Appellant's Motion to Withdraw
and Dismiss Appeal," filed July 15, 2013, by Defendant-Appellant
Rodney A. Herbert (Appellant), through counsel Benjamin E.
Lowenthal, the papers in support, the record, and there being no
opposition, it appears that Appellant seeks to dismiss this
docketed appeal, and Appellant executed a declaration, consistent
with Hawai'i Rules of Appellate Procedure (HRAP) Rule 42(c), that
reflects a knowing and intelligent understanding of the
consequences of the dismissal of the appeal and that the
withdrawal is made voluntarily. Therefore,

IT IS HEREBY ORDERED that the motion to withdraw and dismiss the appeal is granted and the appeal is dismissed, pursuant to HRAP Rule 42(b) and (c).

DATED: Honolulu, Hawai'i,  August 1, 2013.


Chief Judge


Associate Judge


Associate Judge